| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>NUGENT, DONALD C | 2. Court or Organization<br><br>U.S. DISTRICT COURT N.D.OH. | 3. Date of Report<br><br>5/12/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5. Report Type (check appropriate type)<br><br>○ Nomination,     Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>U.S. COURT HOUSE<br>801 WEST SUPERIOR AVENUE<br>CLEVELAND, OH 44113 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Honorary Trustee | Greater Cleve. Veterans Memorial, Inc., Cleve. OH |
| 2. | Honorary Trustee | Cleveland Police Historical Society, Cleve., OH |
| 3. | Co-Trustee | Trust ███████ Glencoe, IL (Paul, |
| 4. | Member, Board of Directors | Captiva Island, FL Bayside Villa Condominium Ass |
| 5. | Member, Board of Trustees | Strongsville, OH Central Reserve Life Foundation |
| 6. | Member, Board of Trustees | Cleveland, OH Malachi House |
| 7. | Member, Board of Advisors | Cleveland, OH City Year Cleveland |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED May 14 3 30 PM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | South Trust Mortgage, Birmingh | Mortgage on rental property #1 | M |
| 2. | First Chicago Bank | Mortgage on investment property #2 in Captiva Island, FL (Pt.VII, line 2) | M |
| 3. | Founder's National Trust Bank, | Mortgage on investment property #3 | M |
| 4. | First Chicago Bank | Mortgage on investment property #4 in Captiva Island, FL (Pt.VII, line 4) | M |
| 5. | First Chicago Bank | Mortgage on investment property #5 | M |
| 6. | Founder's National Trust Bank, | Mortgage on investment property #6 | M |

| Name of Person Reporting | Date of Report |
|---|---|
| NUGENT, DONALD C | 5/12/04 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Rental Property #1, Fort Myers, FL | D | Rent | N | W | | | | | |
| 2.  Rental Property #2, Captiva | E | Rent | N | W | | | | | |
| 3.  Rental Property #3, Captiva Island, FL | E | Rent | N | W | | | | | |
| 4.  Rental Property #4, Captiva Island | E | Rent | N | W | | | | | |
| 5.  Rental Property #5, Captiva Island, | E | Rent | N | W | | | | | |
| 6.  Rental Property #6, Captiva Island, FL | E | Rent | N | W | | | | | |
| 7.  Third Federal Savings | A | Interest | J | T | | | | | |
| 8.  Public Employees Retirement System of Ohio | A | Retire. Fund | M | T | | | | | |
| 9.  Ohio Public Def.Comp. Program | A | Interest | K | T | | | | | |
| 10.  Vacation Property, Captiva Island, FL | A | None | K | W | | | | | |
| 11.  Putnam Growth and Income CI-A | A | Dividend | J | T | | | | | |
| 12.  U.S. Savings Bonds | A | None | K | T | | | | | |
| 13.  Ambrosio & Sirois - A Venture Capital Company | A | None | L | T | | | | | |
| 14. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NUGENT, DONALD C | 5/12/04 |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NUGENT, DONALD C | 5/12/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████          Date _May 12, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544